UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal No.   14-10175-5-IT |
| | * | |
| GUILLERMO ORQUIRIO ROSARIO COLON, | * | |
| | * | |
| | * | |
| Defendant. | * | |

ORDER

October 21, 2015

TALWANI, D.J.

Defendant Rosario Colon's Motion for Court Recommendation Related to Location of Incarceration [#299] is ALLOWED.  The court will include in the Judgment a recommendation that Defendant Rosario Colon be housed at a BOP facility in close proximity to Middlesex, Massachusetts.

Defendant Rosario Colon's Motion for Return of Personal Property-Post Sentencing [#288] is MOOT in light of the Government's representations at the sentencing hearing.  The Government represented at the hearing that it intends to return the items found in paragraphs 4(a)-(c) of Defendant's motion after the final sentencing in this case.  The Government further represented that it does not have possession of the item described in paragraph 4(d).

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge